STEVEN A. NIELSEN (CSB133864)
(STEVE@NIELSENPATENTS.COM)
100 LARKSPUR LANDING CIRCLE, SUITE 216
LARKSPUR, CA 94939-1743
TELEPHONE:(415) 272-8210

Attorneys for Plaintiff
ROTHSCHILD PATENT IMAGING LLC, a Texas limited liability corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**_____ DIVISION**

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CYBERLINK.COM CORP.,**<br><br>Defendant. | PATENT<br><br>Case No. _____<br><br>**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT AGAINST CYBERLINK.COM CORP.**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Rothschild Patent Imaging LLC ("Plaintiff" or "RPI") files this original Complaint against CyberLink.com Corp. ("Defendant" or "CyberLink") for infringement of United States Patent No. 9,936,086 ("the '086 Patent").

**PARTIES AND JURISDICTION**

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company having a virtual office with an address at 1400 Preston Rd., Suite 400, Plano, TX 75093.

4. On information and belief, Defendant is a California corporation with a place of

- 1 -
ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT
AGAINST CYBERLINK.COM CORP.,AND JURY DEMAND

business at 3031 Tisch Way, 110 Plaza West, San Jose, CA 95128. On information and belief, Defendant may be served through its agent, Ian A. Kass, at 96 North Third St., Suite 525, San Jose, CA 95112.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District pursuant to 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District.

## COUNT I
### (INFRINGEMENT OF UNITED STATES PATENT NO. 9,936,086)

8. Paragraphs 1-7 are incorporated herein.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, et seq.

10. Plaintiff is the owner by assignment of the '086 Patent with sole rights to enforce the '086 patent and sue infringers.

11. A copy of the '086 Patent, titled "Wireless Image Distribution System and Method," is attached hereto as Exhibit A.

12. The '086 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. On information and belief, Defendant has infringed and continues to infringe one or more claims (at least by having its employees, or someone under Defendant's control, test the

accused product), including at least Claim 4 of the '086 Patent by making, using, importing, selling, and/or offering for sale network storage systems including hardware, software and firmware, covered by at least Claim 4 of the '086 Patent.

14. On information and belief, Defendant sells, offers to sell, and/or uses network storage systems and methods including, without limitation, the FaceMe platform, and any similar products ("Product"), which infringe at least Claim 4 of the '086 Patent.

15. The Product uses an image capturing device to perform a method. The Product uses surveillance cameras to capture videos and/or images through IP cameras for further analysis. The FaceMe engine helps in identifying customers as VIPs and sends this information to sales staff to take further action. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.





## What can FaceMe® Offer?

   

**Face Detection** — Generate high-precision face location rectangles from faces detected within an image. Each can be stored for further analysis and referencing.

**Face Landmarks** — Pinpoint up to 106 high-key facial points, allowing developers to create animated 3D models.

**Face Recognition** — Quickly identify individuals from a database based on face detection results.

**Face Attributes** — Analyze face attributes, including age, gender, emotion, and head pose.



**Smart Retail**

Detect gender, age, emotions and head pose to understand customer demographics and behaviors for precision marketing. Moreover, ensure retail workers are notified upon the arrival of VIP customers through facial recognition and people identification.

Watch Video >

Source: Snapshot of website at link https://www.cyberlink.com/stat/technology/enu/tech_face.jsp?tab=overview

16.   The Product practices receiving a plurality of images.  For example, the FaceMe

ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT
AGAINST CYBERLINK.COM CORP.,AND JURY DEMAND

engine receives multiple images (such as images from a video) of various individuals in a field of view of a camera. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.



Source: Snapshot taken from video on YouTube at link https://www.youtube.com/watch?v=975XgG8UmU8

17. The Product practices filtering the plurality of photographic images using a transfer criterion. For example, the criterion may be identification of a VIP customer. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.



Source: Snapshot taken from video on YouTube at link https://www.youtube.com/watch?v=975XgG8UmU8

18. The transfer criterion is a subject identification of a respective photographic image within the plurality of images. For example, the subject identification may be the Product's facial recognition of one of the images of the plurality of images and its corresponding recognition of the image as that of a VIP customer. Certain aspects of this

- 5 -
ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT
AGAINST CYBERLINK.COM CORP., AND JURY DEMAND

1  element are illustrated in the screenshots below, and/or the screenshots provided in connection
2  with other elements discussed herein.



19. The subject identification is based on a topic, theme or individual shown in the image. For example, the topic or theme may be that the facially-recognized individual is a VIP customer.

20. The Product practices transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images. For example, the Product sends information to a handheld device (e.g., a tablet, which is a mobile device that can capture images) which may be enabled through a wireless transmitter. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT
AGAINST CYBERLINK.COM CORP., AND JURY DEMAND



ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT
AGAINST CYBERLINK.COM CORP.,AND JURY DEMAND

**Smart Retail**

Detect gender, age, emotions and head pose to understand customer demographics and behaviors for precision marketing. Moreover, ensure retail workers are notified upon the arrival of VIP customers through facial recognition and people identification.

**High Precision Model**

| | Windows x64 | Linux x64 | Linux ARM64 | NVIDIA Jetson | Android ARM64 | iOS |
|---|---|---|---|---|---|---|
| CPU | Intel® Celeron® Processor (Core i5 recommended) | | Snapdragon 410 (835 recommended) | Jetson TX1/ TX2 | Snapdragon 410 (835 recommended) | Apple A8 (A10 recommended) |
| Memory | 4GB or above (16GB recommended) | | | Jetson TX1/ TX2 | 1GB (1.5 GB recommended) | |
| OS | Windows 7/10, 64-bit | Ubuntu 16 | Ubuntu 16 | JetPack 3.3 | Android 5.0 | iOS 11 |
| Runtime Memory | 1GB | | | | 500MB | |
| SDK Tools Package Size | 260MB | 250MB | 1.6GB | | 20MB | 21MB |
| Language | C/C++/C# | C/C++/Perl | C/C++ | | Java | Objective C |

Source: Snapshot of website at link https://www.cyberlink.com/stat/technology/enu/tech_face.jsp?tab=overview

21. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

22. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

23. Plaintiff is in compliance with 35 U.S.C. § 287.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order Enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of

1    the order from further infringement of United States Patent No. 9,936,086 (or, in the alternative,

2    awarding Plaintiff a running royalty from the time of judgment going forward);

3         (c)   Award Plaintiff damages resulting from Defendant's infringement in accordance

4    with 35 U.S.C. § 284;

5         (d)   Award Plaintiff pre-judgment and post-judgment interest and costs; and

6

7         (e)   Award Plaintiff such further relief to which the Court finds Plaintiff entitled under

8    law or equity.

9

10

11   August 29, 2019                By      /s/*Steven A. Nielsen*
                                            Steven A. Nielsen
12                                          Nielsen Patents
                                            100 Larkspur Landing Circle, Suite 216
13   Jay Johnson                            Larkspur, CA  94939
     (Application for Admission *Pro Hac Vice* to   PHONE 415 272 8210
14   be filed)                              E-MAIL: Steve@NielsenPatents.com
     Kizzia Johnson PLLC
15   1910 Pacific Ave.
     Suite 13000                            Attorneys for Plaintiff *Rothschild Patent*
16   Dallas, TX 75201                       *Imaging LLC*
     (214) 451-0164
17   jay@kjpllc.com

18

19

20

21

22

23

24

25

26

27

28

- 9 -
ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT
AGAINST CYBERLINK.COM CORP.,AND JURY DEMAND